IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Thomas Maxwell, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00557 |
| v. | : | Judge Sargus |
| John DesMarais, | : | Magistrate Judge Abel |
| Defendant | | |
| | : | |

### ORDER DISMISSING FOR WANT OF PROSECUTION

Plaintiff has failed to respond to defendants' June 27, 2013 motion to dismiss for lack of prosecution. He has also failed to respond to the Court's July 26, 2013 that he show cause why the case should not be dismissed for failure to prosecute this action. He has also taken no action to prosecute this case within the past 180 days. Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). S.D. Ohio Civil Rule 55.1(c).

8-16-2013
Edmund A. Sargus, Jr.
United States District Judge