AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**THOMAS MAXWELL,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**JOHN DESMARAIS, et al.,**        CASE NO.  2:12-CV-00557
                                                 JUDGE EDMUND A. SARGUS, JR.
      **Defendants.**                MAGISTRATE JUDGE MARK R. ABEL

___       **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X       **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the Order filed August 16, 2013, JUDGMENT is hereby entered DISMISSING this case for want of prosecution.**

Date: August 16, 2013                                JOHN P. HEHMAN, CLERK

                                                        */S/ Andy F. Quisumbing*
                                                        (By) Andy F. Quisumbing
                                                        Courtroom Deputy Clerk